**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BIANCA FARRELL

V.  CASE NO. 3:17 CV 2030 (JCH)
ROAD READY USED CARS, INC.
RONALD SARACINO
SEASONS FEDERAL CREDIT UNION

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action, without costs or fees.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395